**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:** | **CHAPTER 11** |
| **Westbank Holdings, LLC** | **CASE NO. 22-10082** |
| **Debtor** | **SECTION "A"** |

**UNITED STATES TRUSTEE'S**
**NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE**

**Christy R. Bergeron** files this notice of appearance as legal counsel for DAVID W. ASBACH, Acting United States Trustee for Region 5, and requests that all notices given or required to be given in this case and all consolidated and/or jointly administered cases herein, and all papers required to be filed and/or served in this case and all consolidated and/or jointly administered cases herein, be sent to the undersigned.

    Respectfully submitted,
    DAVID W. ASBACH
    Acting United States Trustee, Region 5

    By:*/s/ Christy R. Bergeron*
    CHRISTY R. BERGERON, Trial Attorney
    La. Bar # 22944
    400 Poydras Street, Suite 2110
    New Orleans, LA 70130
    Telephone: (504) 589-4018
    Facsimile: (504) 589-4096
    Christy.Bergeron@usdoj.gov

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance of Counsel and Request for Service was served this January 27, 2022 via CM/ECF upon:

| Fred Bunol, Esq. | fbunol@derbeslaw.com |
|---|---|

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Christy R. Bergeron*
　　　　　　　　　　　　　　　　　　　　　　　　CHRISTY R. BERGERON

2