**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | **CHAPTER 11** |
| | § | |
| **WESTBANK HOLDINGS, LLC,** *et al.*[1] | § | **CASE NO. 22-10082** |
| | § | **(JOINTLY ADMINISTERED)** |
| | § | |
| **DEBTORS** | § | **SECTION "A"** |

---

**INTERIM ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION**
**OF THE DERBES LAW FIRM, LLC AS COUNSEL FOR THE DEBTORS**
**PURSUANT TO SECTION 327(a) AND SETTING FINAL HEARING**

Before the Court is the Declaration of Frederick L. Bunol and the *Application Pursuant to Fed. R. Bankr. P. 2014(a) for Interim Order Authorizing the Employment of The Derbes Law Firm, L.L.C. as Counsel Pursuant to Section 327(a) of the Bankruptcy Code and (II) Setting a Final Hearing on the Application* (the "Application"), [ECF Doc. 4], filed herein by Westbank Holdings, LLC, Cypress Park Apartments II, LLC, Forest Park Apartments, LLC, Liberty Park Apartments, LLC, and Washington Place, LLC (the "Debtors"), as Debtors and Debtors-in-possession, which Application was made pursuant to 11 U.S.C. §§ 327(a), 328, and 1107 of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), Federal Rules of Bankruptcy Procedure 2014(a) and 2016, and Local Bankruptcy Rule 2014-1:

**IT IS ORDERED** that, subject to any limitations set forth at the Hearing on the Motion, on an interim basis pending entry of final order, the Application is **APPROVED** on an interim basis and the Debtors are authorized to employ The Derbes Law Firm, LLC ("DLF") as Debtors'

---

[1] An order directing joint administration of the chapter 11 bankruptcy case of Westbank Holdings, LLC, as lead case, with the chapter 11 bankruptcy case of affiliated debtors, Cypress Park Apartments II, LLC, Case No. 22-10083, Liberty Park Apartments, LLC, Case No. 22-10084, Forest Park Apartments, LLC, Case No. 22-10085, and Washington Place, LLC, Case No. 22-10086, was entered on February 4, 2022. [ECF Doc. 17].

counsel in all matters relating to the performance of Debtors' duties as Debtors and Debtors-in-possession, subject to *de novo* review at the final hearing;

**IT IS FURTHER ORDERED** that fees and reimbursements for costs to DLF shall be governed by 11 U.S.C. § 327 and 330. DLF shall keep separate time records for their efforts as the counsel in in the respective bankruptcy cases of the Debtors. For services performed for the benefit of all Debtors, the fees shall be apportioned 70% to Westbank Holding, LLC, 15% to Cypress Park Apartments II, LLC, 5% to Forest Park Apartments, LLC, 5% to Liberty Park Apartments, LLC, and 5% to Washington Place, LLC.

**IT IS FURTHER ORDERED** that DFL shall immediately alert the U.S. Trustee and remove themselves as professionals of the estates if a conflict arises between the best interest of the Debtors and creditors in the respective bankruptcy cases of Westbank Holdings, LLC, Case No. 22-10082, Cypress Park Apartments II, LLC, Case No. 22-10083, Forest Park Apartments, LLC, Case No. 22-10085, Liberty Park Apartments, LLC, Case No. 22-10084, and Washington Place, LLC, Case No. 22-10086.

**IT IS FURTHER ORDERED** that a final hearing on the Application authorizing employment of DLF shall be held on **March 9, 2022, at 1:00 P.M.** The hearing will be held in-person at the U.S. Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana or by telephone conference using: Dial-in Telephone Number: 888-684-8852 and Access Code: 9318283 ("Final Hearing"). The parties are directed to this Court's General Order 2021-2 for instructions regarding this Court's hybrid model plan for conduct of hearings as of October 4, 2021. If attending in person, all parties and counsel must review and comply with General Order 21-17 issued on December 20, 2021, by the United States District Court for the Eastern District of Louisiana which contains instructions for all parties,

witnesses, and counsel to gain admittance to the federal building located at 500 Poydras Street, New Orleans, Louisiana.    Both Orders are available at https://www.laeb.uscourts.gov/.

**IT IS FURTHER ORDERED** that all objections to the entry of a final order approving the Application shall be filed and served on DLF, any statutorily-appointed committee, and the Office of the United States Trustee **no later than March 2, 2022, at 5:00 P.M.**

**IT IS FURTHER ORDERED** that DLF shall serve this Order no later than three (3) business days after entry on all persons on the mailing lists for the case (which shall constitute adequate notice of the Final Hearing), and all other persons required by the Federal Rules of Bankruptcy Procedure or the Local Rules.

New Orleans, Louisiana, this 4th day of February 2022.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE