**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| WESTBANK HOLDINGS, LLC, *et al.* [1] | § | CASE NO. 22-10082 |
| | § | (JOINTLY ADMINISTERED) |
| | § | |
| DEBTORS. | § | SECTION "A" |

## ORDER

The Court held an evidentiary hearing spanning over four days, June 9–10, 2022, and June 13–14, 2022 to resolve the following contested matters:

1. *Emergency Motion of Federal National Mortgage Association d/b/a Fannie Mae To Appoint a Chapter 11 Trustee* (the "Trustee Motion")*,* [ECF Doc. 86]; the Joinders to the Trustee Motion, [ECF Docs. 93, 135 & 138], filed by the Tenants, Sewage and Water Board of New Orleans, and Federal Housing Finance Agency; and the Oppositions to the Trustee Motion, [ECF Docs. 290 & 291], filed by the Debtors and Josh Bruno;

2. *Request for Judicial Notice Filed by Federal National Mortgage Association d/b/a Fannie Mae* ("FM Judicial Notice Request 1"), [ECF Doc. 166], filed by Fannie Mae;

3. *Request for Judicial Notice Filed by Federal National Mortgage Association d/b/a Fannie Mae* ("FM Judicial Notice Request 2"), [ECF Doc. 183], filed by Fannie Mae; and the Oppositions to FM Judicial Notice Request 2, [ECF Docs. 327 & 335], filed by the Debtors and Josh Bruno; and

4. *Debtors' Motion To Designate Documents as Confidential Under Protective Order* (the "Motion To Designate Docs Confidential"), [ECF Doc. 317]; and the Oppositions to the Motion To Designate Docs Confidential, [ECF Docs. 328, 330 & 333], filed by Fannie Mae, the U.S. Trustee, and the Tenants.

---

[1] An order directing joint administration of the chapter 11 bankruptcy case of Westbank Holdings, LLC, as lead case, with the chapter 11 bankruptcy case of affiliated debtors, Cypress Park Apartments II, LLC, Case No. 22-10083, Forest Park Apartments, LLC, Case No. 22-10085, Liberty Park Apartments, LLC, Case No. 22-10084, and Washington Place, LLC, Case No. 22-10086, was entered on February 4, 2022. [ECF Doc. 17]. An order directing the joint administration of affiliated debtor Riverview Apartments, LLC, 22-10176, was entered on March 14, 2022. [Case No. 22-10176, ECF Doc. 19].

Appearances:

Frederick Bunol and Patrick Garrity of The Derbes Law Firm on behalf of the Debtors

Leo Congeni of The Congeni Law Firm on behalf of certain non-debtor affiliates and Joshua Bruno

Hank Arnold, Katie Dysart, Lacey Rochester, and Chris Vitenas of Baker, Donelson, Caldwell & Berkowitz, PC on behalf of the Federal National Mortgage Association

Michael Johnson of Arnold & Porter Kaye Scholer LLP on behalf of the Federal Housing Finance Agency

Thomas Madigan of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. on behalf the Sewerage & Water Board of New Orleans

Hannah Adams of the Southeast Louisiana Legal Services on behalf of certain Tenants and the New Orleans Renters Rights Assembly

Christy R. Bergeron, Office of the U.S. Trustee.

The following witnesses testified:

1. Gerald Erdei, Ross James, and Rochee Jackson on behalf of the Tenants and New Orleans Renters Rights Assembly;

2. Joel Shaddox and Christopher Davis, on behalf of Federal National Mortgage Association;

3. Fred O. Tharp on behalf of the Sewage and Water Board of New Orleans;

4. Joshua Bruno as an adverse witness for Federal National Mortgage Association, Sewage and Water Board of New Orleans, the Tenants, and New Orleans Renters Rights Assembly; and

5. Joshua Bruno, Russell G. Marshburn, Robert Reardon, David Pinson, Richard Cryar, and Steven Buell on behalf of the Debtors.

The Court admitted the following exhibits as evidence:

1. Debtors Exhibits 1–3, 4 (without coversheets), 6–11 (without coversheets), 13–14 (without coversheets), 16 (without coversheet), 17 (without coversheets and without black and white photos), 23 (without photos taken by James Conway and coversheets), 25, 27, 30 (Bates-labeled), 37–40, 43, 45–51, 55–56, 58–62, 64, 72, 82, 83–87 (Bates-labeled and only for purposes of acknowledging recaptures depreciation numbers), 88, 89, 91–92, 94–99 & 101;

2. Joint Exhibits 1–7, 9–18, 20, 22, 29–41, 43–49, 52–53, 57–61 & 71;

3. SWB Exhibits A, E, I & J;

4. Tenants Exhibits A–C;

5. FM Exhibits 1–9, 16, 18, 36, 65 (p. 280–94), 150A (p. 403), 150B (p. 408), 150C (p. 409), 150D (p. 414), 150E, 150F, 150G (p. 450 & 455), 150H (p. 466), 150I, 154–165, 166 (p. 66–148), 167–172, 295–301, 304, 369 (p. 363–71), 371, 376–79 (redacted acct numbers), 381–382, 450, 537, 741–745, & 748–751; and

6. FM Impeachment Exhibit K.

Having considered the merits of the pleadings, the arguments of the parties, the testimony and evidence admitted into the record at the trial, and for the reasons stated on the record,

**IT IS ORDERED** that FM Judicial Notice Request 1 is **GRANTED**.

**IT IS FURTHER ORDERED** that FM Judicial Notice Request 2 is **DENIED.**

**IT IS FURTHER ORDERED** that the Motion To Designate Docs Confidential is **DENIED;** specifically, the Debtors' and Josh Bruno's request to file under seal Exhibit 166 (p. 63–148) is **DENIED**.

**IT IS FURTHER ORDERED** that this Court takes judicial notice of FM Exhibits 732 & 799 as Orders of this Court;

**IT IS FURTHER ORDERED** that each party shall submit one bookmarked PDF containing all of its admitted exhibits, redacted to remove personal identifying information, to the Court via elizabeth_deleon@laeb.uscourts.gov, no later than **Friday, June 24, 2022, at 5:00 P.M.**

**IT IS FURTHER ORDERED** the Court takes the Trustee Motion and the oppositions thereto under advisement.

New Orleans, Louisiana, June 17, 2022.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE