## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| | * | |
| Westbank Holdings, LLC, *et al.*[1] | * | Case No. 22-10082 |
| | * | (JOINTLY ADMINISTERED) |
| | * | |
| Debtors | * | SECTION "A" |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

### CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2022, a copy of the "Opposition" [**P-552**], was served by:

ELECTRONIC FILING through the Court's Notice of Electronic Filing System to the parties listed on the attached Exhibit "A"

                                                          Respectfully submitted,

                                                          THE DERBES LAW FIRM, L.L.C.

                                                          */s/ Frederick L Bunol*
                                                          Frederick L. Bunol (29,111)
                                                          The Derbes Law Firm, L.L.C.
                                                          3027 Ridgelake Drive
                                                          Metairie, LA 70002
                                                          Phone: 504-837-1230
                                                          Fax: 504-832-0327
                                                          *Attorney for Derbes Law Firm*

---

[1] An order directing joint administration of the chapter 11 bankruptcy case of Westbank Holdings, LLC, as lead case, with the chapter 11 bankruptcy case of affiliated debtors, Cypress Park Apartments II, LLC, Case No. 22-10083, Forest Park Apartments, LLC, Case No. 22-10085, Liberty Park Apartments, LLC, Case No. 22-10084, and Washington Place, LLC, Case No. 22-10086, was entered on February 4, 2022. [P-17]. An order directing the joint administration of affiliated debtor Riverview Apartments, LLC, 22-10176, was entered on March 14, 2022. [P-19]

| | |
|---|---|
| **From:** | CMECF_LAEB@laeb.uscourts.gov |
| **To:** | LAEBCourtMail@laeb.uscourts.gov |
| **Subject:** | (Ch 11) 22-10082 Opposition |
| **Date:** | Friday, September 30, 2022 11:51:35 AM |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

U.S. Bankruptcy Court

**Eastern District of Louisiana**

Notice of Electronic Filing

The following transaction was received from Frederick L. Bunol entered on 9/30/2022 at 11:49 AM CDT and filed on 9/30/2022
**Case Name:**    Westbank Holdings, LLC
**Case Number:**    22-10082
**Document Number:** 552

**Docket Text:**
Opposition with Certificate of Service Filed by Derbes Law Firm, L.L.C. (RE: (related document(s) [525] Motion for Administrative Claim filed by Creditor Sewerage & Water Board of New Orleans) Hearing scheduled for 10/5/2022 at 01:00 PM by SECTION A TeleConference Line: 1-888-684-8852 Access Code 9318283. (Bunol, Frederick)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Opposition to SWBNO Motion for Payment and Administrative Expenses_9 26 2022-20220926.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=988663450 [Date=9/30/2022] [FileNumber=12987698-0
] [08504bcae15b97cd4567d770856060cd908bc64ade6526f4a1475c6c7e3a4b99538
7633afd731cb5723076183ee3a4de1c063d50f78984ab1469ecbbe0b4ca2b]]

**22-10082 Notice will be electronically mailed to:**

Hannah Adams on behalf of Interested Party New Orleans Renter's Rights Assembly
hadams@slls.org

Hannah Adams on behalf of Interested Party Annette Williams
hadams@slls.org

Hannah Adams on behalf of Interested Party Diamond Hunter
hadams@slls.org

Hannah Adams on behalf of Interested Party Dwainell Ross
hadams@slls.org

Ex. A

Hannah Adams on behalf of Interested Party Gabrielle Miles
hadams@slls.org

Hannah Adams on behalf of Interested Party Gerald Erdei
hadams@slls.org

Hannah Adams on behalf of Interested Party Geraldine Lepree
hadams@slls.org

Hannah Adams on behalf of Interested Party Geraldine Lepree
hadams@slls.org

Hannah Adams on behalf of Interested Party Kyle Tinsley
hadams@slls.org

Hannah Adams on behalf of Interested Party Nina V. Desvignes
hadams@slls.org

Hannah Adams on behalf of Interested Party Paulette Florant
hadams@slls.org

Hannah Adams on behalf of Interested Party Rebecca Coleman
hadams@slls.org

Hannah Adams on behalf of Interested Party Sheryll Bartholomew
hadams@slls.org

Hannah Adams on behalf of Interested Party Stevanna Givens
hadams@slls.org

Hannah Adams on behalf of Interested Party Susan Johnson
hadams@slls.org

Hannah Adams on behalf of Interested Party Wandell Millien
hadams@slls.org

Hannah Adams on behalf of Interested Party Wynoka Boudreaux
hadams@slls.org

Edward H. Arnold, III on behalf of Creditor Federal National Mortgage Association d/b/a Fannie Mae
harnold@bakerdonelson.com

Edward H. Arnold, III on behalf of Interested Party Federal National Mortgage Association d/b/a Fannie Mae
harnold@bakerdonelson.com

Christy Renee Bergeron on behalf of U.S. Trustee Office of the U.S. Trustee
Christy.Bergeron@usdoj.gov

Kenneth C. Bordes on behalf of Interested Party Brittany Moore
kcb@kennethbordes.com

Kenneth C. Bordes on behalf of Interested Party Christopher Willridge
kcb@kennethbordes.com

Kenneth C. Bordes on behalf of Interested Party Dmitry Feller
kcb@kennethbordes.com

Kenneth C. Bordes on behalf of Interested Party Jada Eugene
kcb@kennethbordes.com

Frederick L. Bunol on behalf of Debtor Cypress Park Apartments II, LLC
fbunol@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Frederick L. Bunol on behalf of Debtor Forest Park Apartments, LLC
fbunol@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Frederick L. Bunol on behalf of Debtor Liberty Park Apartments, LLC
fbunol@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Frederick L. Bunol on behalf of Debtor Riverview Apartments, LLC
fbunol@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Frederick L. Bunol on behalf of Debtor Washington Place, LLC
fbunol@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Frederick L. Bunol on behalf of Debtor Westbank Holdings, LLC
fbunol@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Frederick L. Bunol on behalf of Interested Party Derbes Law Firm, L.L.C.
fbunol@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Christopher T. Caplinger on behalf of Interested Party Lugenbuhl Wheaton Peck Rankin & Hubbard
ccaplinger@lawla.com, mlopez@lawla.com

William G. Cherbonnier, Jr. on behalf of Interested Party Geraldine Lepree
wgc@billcherbonnier.com, caludagroupllc@jubileebk.net

William G. Cherbonnier, Jr. on behalf of Interested Party Stevanna Givens
wgc@billcherbonnier.com, caludagroupllc@jubileebk.net

Leo D. Congeni on behalf of Interested Party Bruno, Inc.
leo@congenilawfirm.com, michelle@congenilawfirm.com

Leo D. Congeni on behalf of Interested Party Downtown Development Group, LLC
leo@congenilawfirm.com, michelle@congenilawfirm.com

Leo D. Congeni on behalf of Interested Party MW Servicing LLC
leo@congenilawfirm.com, michelle@congenilawfirm.com

Leo D. Congeni on behalf of Interested Party MW Servicing, LLC
leo@congenilawfirm.com, michelle@congenilawfirm.com

Leo D. Congeni on behalf of Interested Party Metro Wide Apartments II, LLC
leo@congenilawfirm.com, michelle@congenilawfirm.com

Leo D. Congeni on behalf of Interested Party Metro Wide Apartments, LLC
leo@congenilawfirm.com, michelle@congenilawfirm.com

Leo D. Congeni on behalf of Interested Party Metro-Wide Apartments II, LLC
leo@congenilawfirm.com, michelle@congenilawfirm.com

Leo D. Congeni on behalf of Interested Party Metro-Wide Apartments, LLC
leo@congenilawfirm.com, michelle@congenilawfirm.com

Leo D. Congeni on behalf of Interested Party WHB Servicing, LLC
leo@congenilawfirm.com, michelle@congenilawfirm.com

Leo D. Congeni on behalf of Interested Party Joshua L. Bruno
leo@congenilawfirm.com, michelle@congenilawfirm.com

Errol B. Conley on behalf of Creditor City of New Orleans
conleylaw2@yahoo.com

Beverly Aloisio DeLaune on behalf of Accountant Gerard R. Rowland
bdelaune@deutschkerrigan.com, dkimble@dkslaw.com

Katie Dysart on behalf of Interested Party Federal National Mortgage Association d/b/a Fannie Mae
kdysart@bakerdonelson.com, psigmon@bakerdonelson.com

Patrick S. Garrity on behalf of Debtor Cypress Park Apartments II, LLC
pgarrity@derbeslaw.com, derbeser72443@notify.bestcase.com

Patrick S. Garrity on behalf of Debtor Forest Park Apartments, LLC
pgarrity@derbeslaw.com, derbeser72443@notify.bestcase.com

Patrick S. Garrity on behalf of Debtor Liberty Park Apartments, LLC
pgarrity@derbeslaw.com, derbeser72443@notify.bestcase.com

Patrick S. Garrity on behalf of Debtor Riverview Apartments, LLC
pgarrity@derbeslaw.com, derbeser72443@notify.bestcase.com

Patrick S. Garrity on behalf of Debtor Washington Place, LLC
pgarrity@derbeslaw.com, derbeser72443@notify.bestcase.com

Patrick S. Garrity on behalf of Debtor Westbank Holdings, LLC
pgarrity@derbeslaw.com, derbeser72443@notify.bestcase.com

Elizabeth Harvey on behalf of Interested Party Geraldine Lepree
eharvey@slls.org

DeVonn Jarrett on behalf of Creditor Ben Mckeel
djarrett@jarrettlawgroup.com

DeVonn Jarrett on behalf of Creditor Brandi Dedeaux
djarrett@jarrettlawgroup.com

DeVonn Jarrett on behalf of Creditor Brenda Nellon
djarrett@jarrettlawgroup.com

DeVonn Jarrett on behalf of Creditor Brian Tibble
djarrett@jarrettlawgroup.com

DeVonn Jarrett on behalf of Creditor Charles James Jr
djarrett@jarrettlawgroup.com

DeVonn Jarrett on behalf of Creditor Chris Blunt
djarrett@jarrettlawgroup.com

DeVonn Jarrett on behalf of Creditor Darryl Smith
djarrett@jarrettlawgroup.com

DeVonn Jarrett on behalf of Creditor Daryelle Phillips
djarrett@jarrettlawgroup.com

DeVonn Jarrett on behalf of Creditor Eric Veal
djarrett@jarrettlawgroup.com

DeVonn Jarrett on behalf of Creditor Javan Manard
djarrett@jarrettlawgroup.com

DeVonn Jarrett on behalf of Creditor Lanisha Dillon
djarrett@jarrettlawgroup.com

DeVonn Jarrett on behalf of Creditor Larry St. Romain
djarrett@jarrettlawgroup.com

DeVonn Jarrett on behalf of Creditor Linda Oliver
djarrett@jarrettlawgroup.com

DeVonn Jarrett on behalf of Creditor Richard Cressey
djarrett@jarrettlawgroup.com

DeVonn Jarrett on behalf of Creditor Richard Turner
djarrett@jarrettlawgroup.com

DeVonn Jarrett on behalf of Creditor Terisa Reinholtz
djarrett@jarrettlawgroup.com

Mary S. Langston on behalf of U.S. Trustee Office of the U.S. Trustee
Mary.Langston@usdoj.gov

Thomas J. Madigan on behalf of Creditor Sewerage & Water Board of New Orleans
tmadigan@shergarner.com

Tristan E. Manthey on behalf of Trustee Dwayne M. Murray
tmanthey@fishmanhaygood.com, kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com

Casey William Moll on behalf of Creditor Rashad Hill
casey@johnsileolaw.com,
noele@johnsileolaw.com;amanda@johnsileolaw.com;jack@johnsileolaw.com;tana@johnsileolaw.com

Casey William Moll on behalf of Creditor Shomari Hill
casey@johnsileolaw.com,
noele@johnsileolaw.com;amanda@johnsileolaw.com;jack@johnsileolaw.com;tana@johnsileolaw.com

Casey William Moll on behalf of Creditor Terrione Hill

casey@johnsileolaw.com,
noele@johnsileolaw.com;amanda@johnsileolaw.com;jack@johnsileolaw.com;tana@johnsileolaw.com

Sean D. Moore on behalf of Creditor Entergy New Orleans, Inc.
smoore6@entergy.com, wriley@entergy.com

Sara Mouledoux Glover on behalf of Interested Party Federal Housing Finance Agency in its capacity as Conservator for the Federal National Mortgage Association
sara.glover@arnoldporter.com

Dwayne M. Murray on behalf of Trustee Dwayne M. Murray
dmm@murraylaw.net, la18@ecfcbis.com;trustee3@murraylaw.net

Cherie D. Nobles on behalf of Trustee Dwayne M. Murray
cnobles@fishmanhaygood.com, dbush@fishmanhaygood.com;kfritscher@fishmanhaygood.com

William H. Patrick, III on behalf of Trustee Dwayne M. Murray
wpatrick@fishmanhaygood.com, kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com

Lacey E Rochester on behalf of Interested Party Federal National Mortgage Association d/b/a Fannie Mae
lrochester@bakerdonelson.com, jbowers@bakerdonelson.com;jmclemore@bakerdonelson.com

David M Serio on behalf of Debtor Cypress Park Apartments II, LLC
dserio@derbeslaw.com, derbeser72443@notify.bestcase.com

David M Serio on behalf of Debtor Forest Park Apartments, LLC
dserio@derbeslaw.com, derbeser72443@notify.bestcase.com

David M Serio on behalf of Debtor Liberty Park Apartments, LLC
dserio@derbeslaw.com, derbeser72443@notify.bestcase.com

David M Serio on behalf of Debtor Riverview Apartments, LLC
dserio@derbeslaw.com, derbeser72443@notify.bestcase.com

David M Serio on behalf of Debtor Washington Place, LLC
dserio@derbeslaw.com, derbeser72443@notify.bestcase.com

David M Serio on behalf of Debtor Westbank Holdings, LLC
dserio@derbeslaw.com, derbeser72443@notify.bestcase.com

James F. Shuey on behalf of Creditor Marigold Browne
jfshuey@liskow.com

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

Christopher M. Vitenas on behalf of Interested Party Federal National Mortgage Association d/b/a Fannie Mae
cvitenas@bakerdonelson.com

**22-10082 Notice will not be electronically mailed to:**

Dwayne M. Murray

4970 Bluebonnet Blvd, Suite B
Baton Rouge, LA 70809