## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| **In re:** | * | **Chapter 11** | |
| | * | | |
| **Westbank Holdings, LLC, *et al.*[1]** | * | **Case No. 22-10082** | |
| | * | **(JOINTLY ADMINISTERED)** | |
| | * | | |
| **Debtors** | * | **SECTION "A"** | |
| | * | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*

### <u>NOTICE OF DEPOSITION TO FRANKLIND LEA</u>

TO:    Franklind Lea
c/o Baker Donelson PC
201 St. Charles Ave., Ste. 3600
New Orleans, LA 70170

**PLEASE TAKE NOTICE** that Joshua L. Bruno ("Bruno"), through undersigned counsel, will take the deposition upon oral examination of Franklind Lea, commencing at 9:30 a.m. (C.S.T.) on Friday, March 24, 2023, at the Baker Donelson Law Firm, 201 St. Charles Ave., Suite 3600, New Orleans, LA 70170, or at such other time and place as may be mutually agreed upon by the parties, and continuing until completed or rescheduled by counsel or the Court. The oral examination will be conducted before a court reporter or other officer duly authorized by law to administer oaths and record testimony. A transcript of the deposition may be made by both videographic and/or stenographic means. The deposition may be conducted utilizing a secure web-based video, video teleconferencing service and/or telephonically to provide remote/virtual access for those parties wishing to participate in the deposition via the internet

---

[1] An order directing joint administration of the chapter 11 bankruptcy case of Westbank Holdings, LLC, as lead case, with the chapter 11 bankruptcy case of affiliated debtors, Cypress Park Apartments II, LLC, Case No. 22-10083, Forest Park Apartments, LLC, Case No. 22-10085, Liberty Park Apartments, LLC, Case No. 22-10084, and Washington Place, LLC, Case No. 22-10086, was entered on February 4, 2022. [ECF Doc. 17]. An order directing the joint administration of affiliated debtor Riverview Apartments, LLC, 22-10176, was entered on March 14, 2022. [P-19].

and/or phone. Take note that the deposition officer may also be remote and out of the presence of deponent via one of the above options for purposes of providing the oath/affirmation to the deponent and capturing the proceeding. In lieu of a paper set of exhibits, the exhibits may be provided and displayed digitally to the deposition officer, deponent, parties and counsel. The exhibits will be compiled by the court reporter for the purposes of exhibit stamping and ultimate production of the final certified transcript.

March 21, 2023.

Respectfully submitted,

**CONGENI LAW FIRM, LLC**

BY:   ***/s/Leo D. Congeni***
LEO D. CONGENI (#25626)
650 Poydras Street, Suite 2750
New Orleans, LA  70130
Telephone: 504-522-4848
Facsimile:  504-910-3055
Email:  leo@congenilawfirm.com

***Attorneys for Joshua L. Bruno***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Notice of Deposition*, was filed on March 21, 2023, resulting in service via the Court's CM/ECF system as follows:

Hannah Adams on behalf of Interested Party New Orleans Renter's Rights Assembly
hadams@slls.org

Hannah Adams on behalf of Interested Party Annette Williams
hadams@slls.org

Hannah Adams on behalf of Interested Party Diamond Hunter
hadams@slls.org

Hannah Adams on behalf of Interested Party Dwainell Ross
hadams@slls.org

Hannah Adams on behalf of Interested Party Gabrielle Miles
hadams@slls.org

Hannah Adams on behalf of Interested Party Gerald Erdei
hadams@slls.org

Hannah Adams on behalf of Interested Party Geraldine Lepree
hadams@slls.org

Hannah Adams on behalf of Interested Party Geraldine Lepree
hadams@slls.org
Hannah Adams on behalf of Interested Party Kyle Tinsley
hadams@slls.org

Hannah Adams on behalf of Interested Party Nina V. Desvignes
hadams@slls.org

Hannah Adams on behalf of Interested Party Paulette Florant
hadams@slls.org

Hannah Adams on behalf of Interested Party Rebecca Coleman
hadams@slls.org

Hannah Adams on behalf of Interested Party Sheryll Bartholomew
hadams@slls.org

Hannah Adams on behalf of Interested Party Stevanna Givens
hadams@slls.org

Hannah Adams on behalf of Interested Party Susan Johnson
hadams@slls.org

Hannah Adams on behalf of Interested Party Wandell Millien
hadams@slls.org

Hannah Adams on behalf of Interested Party Wynoka Boudreaux
hadams@slls.org

Edward H. Arnold, III on behalf of Creditor Federal National Mortgage Association d/b/a Fannie Mae
harnold@bakerdonelson.com

Edward H. Arnold, III on behalf of Interested Party Federal National Mortgage Association d/b/a Fannie Mae
harnold@bakerdonelson.com

Christy Renee Bergeron on behalf of U.S. Trustee Office of the U.S. Trustee
Christy.Bergeron@usdoj.gov

Kenneth C. Bordes on behalf of Interested Party Brittany Moore
kcb@kennethbordes.com

Kenneth C. Bordes on behalf of Interested Party Christopher Willridge
kcb@kennethbordes.com

Kenneth C. Bordes on behalf of Interested Party Dmitry Feller
kcb@kennethbordes.com

Kenneth C. Bordes on behalf of Interested Party Jada Eugene
kcb@kennethbordes.com

Frederick L. Bunol on behalf of Debtor Cypress Park Apartments II, LLC
fbunol@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Frederick L. Bunol on behalf of Debtor Forest Park Apartments, LLC
fbunol@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Frederick L. Bunol on behalf of Debtor Liberty Park Apartments, LLC
fbunol@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Frederick L. Bunol on behalf of Debtor Riverview Apartments, LLC
fbunol@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Frederick L. Bunol on behalf of Debtor Washington Place, LLC
fbunol@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Frederick L. Bunol on behalf of Debtor Westbank Holdings, LLC
fbunol@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Frederick L. Bunol on behalf of Interested Party Derbes Law Firm, L.L.C.
fbunol@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Christopher T. Caplinger on behalf of Interested Party Lugenbuhl Wheaton Peck Rankin & Hubbard
ccaplinger@lawla.com, mlopez@lawla.com

William G. Cherbonnier, Jr. on behalf of Interested Party Geraldine Lepree
wgc@billcherbonnier.com, caludagroupllc@jubileebk.net

William G. Cherbonnier, Jr. on behalf of Interested Party Stevanna Givens
wgc@billcherbonnier.com, caludagroupllc@jubileebk.net

Leo D. Congeni on behalf of Interested Party Bruno, Inc.
leo@congenilawfirm.com, michelle@congenilawfirm.com

Leo D. Congeni on behalf of Interested Party Downtown Development Group, LLC
leo@congenilawfirm.com, michelle@congenilawfirm.com

Leo D. Congeni on behalf of Interested Party MW Servicing LLC
leo@congenilawfirm.com, michelle@congenilawfirm.com

Leo D. Congeni on behalf of Interested Party MW Servicing, LLC
leo@congenilawfirm.com, michelle@congenilawfirm.com

Leo D. Congeni on behalf of Interested Party Metro Wide Apartments II, LLC
leo@congenilawfirm.com, michelle@congenilawfirm.com

Leo D. Congeni on behalf of Interested Party Metro Wide Apartments, LLC
leo@congenilawfirm.com, michelle@congenilawfirm.com

Leo D. Congeni on behalf of Interested Party Metro-Wide Apartments II, LLC
leo@congenilawfirm.com, michelle@congenilawfirm.com

Leo D. Congeni on behalf of Interested Party Metro-Wide Apartments, LLC
leo@congenilawfirm.com, michelle@congenilawfirm.com

Leo D. Congeni on behalf of Interested Party WHB Servicing, LLC
leo@congenilawfirm.com, michelle@congenilawfirm.com


Leo D. Congeni on behalf of Interested Party Joshua L. Bruno
leo@congenilawfirm.com, michelle@congenilawfirm.com

Errol B. Conley on behalf of Creditor City of New Orleans
conleylaw2@yahoo.com

Beverly Aloisio DeLaune on behalf of Accountant Gerard R. Rowland
bdelaune@deutschkerrigan.com, dkimble@dkslaw.com

Katie Dysart on behalf of Interested Party Federal National Mortgage Association d/b/a Fannie Mae
kdysart@bakerdonelson.com, psigmon@bakerdonelson.com

Patrick S. Garrity on behalf of Debtor Cypress Park Apartments II, LLC
pgarrity@derbeslaw.com, derbeser72443@notify.bestcase.com

Patrick S. Garrity on behalf of Debtor Forest Park Apartments, LLC
pgarrity@derbeslaw.com, derbeser72443@notify.bestcase.com

Patrick S. Garrity on behalf of Debtor Liberty Park Apartments, LLC
pgarrity@derbeslaw.com, derbeser72443@notify.bestcase.com

Patrick S. Garrity on behalf of Debtor Riverview Apartments, LLC
pgarrity@derbeslaw.com, derbeser72443@notify.bestcase.com

Patrick S. Garrity on behalf of Debtor Washington Place, LLC
pgarrity@derbeslaw.com, derbeser72443@notify.bestcase.com

Patrick S. Garrity on behalf of Debtor Westbank Holdings, LLC
pgarrity@derbeslaw.com, derbeser72443@notify.bestcase.com

Elizabeth Harvey on behalf of Interested Party Geraldine Lepree
eharvey@slls.org

DeVonn Jarrett on behalf of Creditor Ben Mckeel
djarrett@jarrettlawgroup.com

DeVonn Jarrett on behalf of Creditor Brandi Dedeaux
djarrett@jarrettlawgroup.com

DeVonn Jarrett on behalf of Creditor Brenda Nellon
djarrett@jarrettlawgroup.com

DeVonn Jarrett on behalf of Creditor Brian Tibble
djarrett@jarrettlawgroup.com

DeVonn Jarrett on behalf of Creditor Charles James Jr
djarrett@jarrettlawgroup.com

DeVonn Jarrett on behalf of Creditor Chris Blunt
djarrett@jarrettlawgroup.com

DeVonn Jarrett on behalf of Creditor Darryl Smith
djarrett@jarrettlawgroup.com

DeVonn Jarrett on behalf of Creditor Daryelle Phillips
djarrett@jarrettlawgroup.com

DeVonn Jarrett on behalf of Creditor Eric Veal
djarrett@jarrettlawgroup.com

DeVonn Jarrett on behalf of Creditor Javan Manard
djarrett@jarrettlawgroup.com

DeVonn Jarrett on behalf of Creditor Lanisha Dillon
djarrett@jarrettlawgroup.com

DeVonn Jarrett on behalf of Creditor Larry St. Romain
djarrett@jarrettlawgroup.com

DeVonn Jarrett on behalf of Creditor Linda Oliver
djarrett@jarrettlawgroup.com

DeVonn Jarrett on behalf of Creditor Richard Cressey
djarrett@jarrettlawgroup.com

DeVonn Jarrett on behalf of Creditor Richard Turner
djarrett@jarrettlawgroup.com

DeVonn Jarrett on behalf of Creditor Terisa Reinholtz
djarrett@jarrettlawgroup.com

Mary S. Langston on behalf of U.S. Trustee Office of the U.S. Trustee
Mary.Langston@usdoj.gov

Thomas J. Madigan on behalf of Creditor Sewerage & Water Board of New Orleans
tmadigan@shergarner.com

Tristan E. Manthey on behalf of Trustee Dwayne M. Murray
tmanthey@fishmanhaygood.com, kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com

Casey William Moll on behalf of Creditor Rashad Hill
casey@johnsileolaw.com,
noele@johnsileolaw.com;amanda@johnsileolaw.com;jack@johnsileolaw.com;tana@johnsileolaw.com

Casey William Moll on behalf of Creditor Shomari Hill
casey@johnsileolaw.com,
noele@johnsileolaw.com;amanda@johnsileolaw.com;jack@johnsileolaw.com;tana@johnsileolaw.com

Casey William Moll on behalf of Creditor Terrione Hill
casey@johnsileolaw.com,
noele@johnsileolaw.com;amanda@johnsileolaw.com;jack@johnsileolaw.com;tana@johnsileolaw.com

Sean D. Moore on behalf of Creditor Entergy New Orleans, Inc.
smoore6@entergy.com, wriley@entergy.com


Sara Mouledoux Glover on behalf of Interested Party Federal Housing Finance Agency in its capacity as
Conservator for the Federal National Mortgage Association
sara.glover@arnoldporter.com

Dwayne M. Murray on behalf of Trustee Dwayne M. Murray
dmm@murraylaw.net, la18@ecfcbis.com;trustee3@murraylaw.net

Cherie D. Nobles on behalf of Trustee Dwayne M. Murray
cnobles@fishmanhaygood.com, dbush@fishmanhaygood.com;kfritscher@fishmanhaygood.com

William H. Patrick, III on behalf of Trustee Dwayne M. Murray
wpatrick@fishmanhaygood.com, kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com

Lacey E Rochester on behalf of Interested Party Federal National Mortgage Association d/b/a Fannie Mae
lrochester@bakerdonelson.com, jbowers@bakerdonelson.com;jmclemore@bakerdonelson.com

David M Serio on behalf of Debtor Cypress Park Apartments II, LLC
dserio@derbeslaw.com, derbeser72443@notify.bestcase.com

David M Serio on behalf of Debtor Forest Park Apartments, LLC
dserio@derbeslaw.com, derbeser72443@notify.bestcase.com

David M Serio on behalf of Debtor Liberty Park Apartments, LLC
dserio@derbeslaw.com, derbeser72443@notify.bestcase.com

David M Serio on behalf of Debtor Riverview Apartments, LLC
dserio@derbeslaw.com, derbeser72443@notify.bestcase.com

David M Serio on behalf of Debtor Washington Place, LLC
dserio@derbeslaw.com, derbeser72443@notify.bestcase.com

David M Serio on behalf of Debtor Westbank Holdings, LLC
dserio@derbeslaw.com, derbeser72443@notify.bestcase.com

Edwin M. Shorty, Jr. on behalf of Creditor Angela Dyer
eshorty@eshortylawoffice.com,
eshorty1@gmail.com;tscott@eshortylawoffice.com;edangerfield@eshortylawoffice.com

James F. Shuey on behalf of Creditor Marigold Browne
jfshuey@liskow.com

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

Christopher M. Vitenas on behalf of Interested Party Federal National Mortgage Association d/b/a Fannie Mae
cvitenas@bakerdonelson.com


*/s/Leo D. Congeni*
**LEO D. CONGENI**

8