**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **WESTBANK HOLDINGS, LLC**, *et al*[1] | § | **CASE NO. 22-10082** |
| | § | **(JOINTLY ADMINISTERED)** |
| **DEBTOR** | § | |
| | § | **SECTION "A"** |

**STIPULATION**

Brett Wadham and Brian Pellegal (the "Plaintiffs") and Dwayne Murray, the Liquidating Trustee (the "Trustee") for the Liquidating Trust established pursuant to the *Amended Creditor's Plan of Reorganization for the Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [Dkt. No. 916] (the "Plan"), stipulate as follows:

**WHEREAS**, on January 27, 2022, Westbank Holdings, LLC ("WBH") and several affiliates (collectively, the "Debtors") filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, and such cases are being jointly administered under Case No. 22-10082 (the "Bankruptcy Cases"), before the United States Bankruptcy Court for the Eastern District of Louisiana (the "Bankruptcy Court");

**WHEREAS**, on April 20, 2023, the Bankruptcy Court entered an order [Bankruptcy Case Dkt. No. 966] confirming the *Amended Creditor's Plan of Reorganization for the Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [Dkt. No. 916] (the "Plan");

**WHEREAS**, on September 20, 2023, the Trustee was appointed the Liquidating Trustee pursuant to the Plan;

---

[1] An order directing joint administration of the chapter 11 bankruptcy case of Westbank Holdings, LLC, as lead case, with the chapter 11 bankruptcy cases of affiliated debtors, Cypress Park Apartments II, LLC, Case No. 22-10083, Liberty Park Apartments, LLC, Case No. 22-10084, Forest Park Apartments, LLC, Case No. 22-10085, and Washington Place, LLC, Case No. 22-10086, was entered on February 4, 2022. [Dkt. No. 17]. An order directing the joint administration of affiliated debtor Riverview Apartments, LLC, 22-10176, was entered on March 14, 2022. [Dkt. No. 57].

3854838v2

**WHEREAS**, on September 1, 2023, the Plaintiffs commenced the action captioned *Wadham et al. v. Bruno, Inc., et al.*, Case No. 23-05604 (combined with 23-05065) (the "Action") in the U.S. District Court for the Eastern District of Louisiana (the "District Court");

**WHEREAS**, a defendant in the Action is non-debtor Westbank Holdings II, LLC (the "Defendant"), which is a 100%-owned subsidiary of Debtor WBH;

**WHEREAS**, the Trustee has appeared in the Action through his counsel, Fishman Haygood LLP;

**WHEREAS**, Section 11.4 of the Plan creates an injunction stating, "[A]ll persons who have held, hold, or may hold a claim or other debt or liability against the Debtors or interest or other right against the Debtors, or any other cause of action arising from or related to the Debtors' Bankruptcy Cases, shall be permanently enjoined, on and after the Effective Date, from taking any actions on account of such claims, debts, liabilities, or interests or rights against the Debtors, the Chapter 11 Trustee, and the Liquidating Trust[.]"; and

**WHEREAS**, the Trustee has the right and authority to enter into this Stipulation on behalf of WBH and its wholly owned subsidiary, the Defendant.

Considering the foregoing, the Plaintiffs and the Trustee have agreed to the following:

1.     Notwithstanding any provisions of the Plan, including Section 11.4, the permanent injunction and/or automatic stay is modified for the exclusive purpose of permitting the Plaintiffs to continue prosecution of the Action solely against the Defendant.

2.     Plaintiffs agree and acknowledge that neither the Debtors nor the Trustee have made any representations or warranties as to the likelihood of recovery against any non-Debtor defendants.

3.      Plaintiffs shall not seek and conduct any discovery from the Debtors, the Trustee or the Liquidating Trust unless consented to by the Trustee or after motion and hearing, approved by the Bankruptcy Court.

4.      Plaintiffs may seek recovery on the claims asserted in the Action solely against the Defendant. Plaintiffs hereby waive (a) any and all claims arising from or related to any litigation that could otherwise be asserted against the Debtors, their estates, the Trustee, the Liquidating Trust, or their successors; (b) any recoveries arising from any litigation to the extent such recoveries may trigger indemnification or reimbursement rights owed to a co-defendant from the Debtors, their estates, the Liquidating Trustee, the Liquidating Trust or their successors.

5.      Except as otherwise set forth in this Stipulation, the Plaintiffs conclusively, absolutely, unconditionally, irrevocably, and forever discharge and release the Debtors, the Trustee, and the Liquidating Trust and their respective property and assets from any and all Claims (as defined in the Plan), claims, obligations, rights, suits, judgments, damages, demands, debts, liens, causes of action, remedies, losses, and liabilities whatsoever.

6.      Notwithstanding the above, both parties acknowledge that this agreement does not affect any claims or rights Plaintiffs have against Bruno Inc., WBH Servicing, LLC, MW Servicing, LLC, and Joshua Bruno, individually.

April 19, 2024

**AGREED AS TO FORM AND SUBSTANCE:**

*/s/ Kenneth Charles Bordes*
Kenneth Charles Bordes
Kenneth C. Bordes, Attorney at Law, LLC
4224 Canal St
New Orleans, LA 70119
Telephone: 504-588-2700
Fax: 504-708-1717
Email: kcb@kennethbordes.com
**Counsel to the Plaintiffs**

-and-

Charles J. Stiegler
Stiegler Law Firm LLC
318 Harrison Ave., Suite #104
New Orleans, LA 70124
Telephone: 504-267-0777
Fax: 504-513-3084
Email: charles@stieglerlawfirm.com
**Counsel to the Plaintiffs**

And


*/s/ Cherie Dessauer Nobles*
Cherie Dessauer Nobles, La. Bar No. 30476
FISHMAN HAYGOOD, L.L.P.
201 St. Charles Avenue, Suite 4600
New Orleans, Louisiana 70170-4600
Telephone: 504-586-5252
Fax: 504-586-5250
E-mail: cnobles@fishmanhaygood.com
**Counsel for Dwayne Murray, Liquidating Trustee**