UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 22-10082 |
| WESTBANK HOLDINGS, LLC, et al.[1], | § § § | CHAPTER 11 |
| DEBTOR. | § § § | SECTION A |

**ORDER**

The Court held a status conference on March 24, 2025, to discuss the *Final Fee Application of Fishman Haygood, LLP as Counsel for the Liquidating Trust* (the "Fishman Haygood Application"), [ECF Doc. 1282], filed by Fishman Haygood, L.L.P. (the "Applicant").

For the reasons stated on the record and having determined that an evidentiary hearing is necessary,

**IT IS ORDERED** that the Court shall hold an evidentiary hearing to consider the above matter on **Tuesday, May 20, 2025, at 9:30 a.m. IN PERSON** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Per the rules set forth in this Court's Amended General Order 2021, available at https://www.laeb.uscourts.gov/, some parties in interest may participate in the hearing (i) by telephone only (Dial-in 504.517.1385, Access Code 129611) or (ii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill.

---

[1] An Order directing joint administration of the chapter 11 bankruptcy case of Westbank Holdings, LLC, as lead case, with the chapter 11 bankruptcy case of affiliated debtors, Cypress Park Apartments II, LLC, Case No. 2210083, Forest Park Apartments, LLC, Case No. 22-10085, Liberty Park Apartments, LLC, Case No. 22-10084, and Washington Place, LLC, Case No. 22-10086, was entered on February 4, 2022. [ECF Doc. 17]. An Order directing the joint administration of affiliated debtor Riverview Apartments, LLC, 22-10176, was entered on March 14, 2022. [Case No. 22-10176, ECF Doc. 19].

**IT IS FURTHER ORDERED** that:

1. Any discovery pertaining to the disputes in this contested matter must be completed on or before **Friday, May 2, 2025**. The deadline for all parties to respond to discovery requests is shortened to fourteen (14) days.

2. Alvendia, Kelly & Demarest may file and properly serve an application for compensation (the "AKD Application") into the record on or before **Friday, May 9, 2025, at 5:00 p.m.** The AKD Application shall be consolidated with the Fishman Haygood Application and set for evidentiary hearing on May 20, 2025. Any responses to the AKD Application and/or the Fishman Haygood Application must be filed and properly served on or before **Tuesday, May 13, 2025**.

3. The parties shall exchange exhibits and file witness and exhibit lists into the record in the manner prescribed in §§ E(8)–(9) of this Court's Amended General Order 2021-2, available at https://www.laeb.uscourts.gov/, on or before **Thursday, May 15, 2025**.

4. Parties in interest must review this Court's Amended General Order 2021-2 for specific instructions on remote witness testimony in evidentiary hearings and trials.

5. The evidentiary hearing will be conducted under seal pursuant to 11 U.S.C. § 107.

6. **Transcribing the Hearing.** The Court will record the Hearing but will not issue a contemporaneous transcript. If a party wishes to obtain an expedited transcript of the Hearing, they may hire a private transcriptionist who the Court can permit to access the proceeding to transcribe it. It is the requesting party's responsibility to cover the cost of a transcriptionist. The transcriptionist must transcribe the entire Hearing. The party must provide the Court with the transcriptionist's name and e-mail address by e-mailing benjamin_bejster@laeb.uscourts.gov by **Tuesday, May 13, 2025, at 5:00 p.m.** Unless there is good cause to decide otherwise, the Court

will accept the transcriptionist's certified transcript of the entire Hearing as the official transcript. Once the requesting party receives the transcript, the transcriptionist must provide the transcript(s) directly to the Clerk's Office for docketing at Jennifer_Nunnery@laeb.uscourts.gov. If no party arranges for a contemporaneous transcription, a person may instead request that a transcript be prepared afterwards from the recording of the Hearing by e-mailing Jennifer Nunnery in the Clerk's Office at Jennifer_Nunnery@laeb.uscourts.gov. The requesting party will be responsible for covering the costs of the transcript before it will be made available by the Court.

**IT IS FURTHER ORDERED** that the Applicant shall serve this Order on the required parties who will not receive a copy through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure, this Court's Local Rules, and any Orders limiting notice, and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, March 27, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE